1  Todd M. Friedman (SBN 216752)
2  Adrian R. Bacon (SBN 280332)
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
3  21550 Oxnard St., Suite 780
4  Woodland Hills, CA 91367
   Phone: 877-206-4741
5  Fax: 866-633-0228
6  tfriedman@ toddflaw.com
   abacon@ toddflaw.com
7  Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHYLLIS ANDREWS, | ) |
| individually and on behalf of all others similarly situated, | ) **Case Number** |
| Plaintiffs, | ) |
| vs. | ) **5:18-cv-01256** |
| | ) **NOTICE OF SETTLEMENT** |
| TELEFUND, INC, and DOES 1 through 10, inclusive, and each of them, | ) |
| Defendant. | ) |
| | ) |

NOW COME THE PLAINTIFF by and through their attorneys to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this August 14, 2018.

By: /s/Adrian R. Bacon
Adrian R. Bacon, ESQ.

## **CERTIFICATE OF SERVICE**

Filed electronically on August 14, 2018, with:

United States District Court CM/ECF system

Notification sent electronically on August 14, 2018, to:

To the Honorable Court, all parties and their Counsel of Record

This 14th Day of August, 2018.

By: /s/ Adrian R. Bacon
    Adrian R. Bacon, ESQ.